many business difficulties, and legal problems, and dilemmas leading to litigation and the need of the lawyers' advice and services. It will then, more than ever, be the lawyer's duty to keep pace with the movements of the Courts. The Abstract, during the year, has been preparing the Bar, for this bustling period, and during the remainder of the year will be full of case law instances appropriate to the times, with which he should unquestionably be familiar. Every lawyer should take and read the Abstract, all the year, especially so during its remaining weeks, as it will thus prepare him best to make this the fattest period of 1926 to himself and to his clients.

### NEW BOOKS

The Matthew Bender Co. enterprising Law Publishers, of Albany, N. Y. are announcing a new edition of Schouler on Wills, Executors, etc. as per advertisement appearing in next week's Abstract. One volume of this celebrated work, now appears as a 1926 Supplement, bringing that publication down to date.

As is announced in the advertisement, this Supplement includes citations of Ohio opinions. This seems an innovation as, for many years, legal authors seem to have been very chary of Ohio authorities, because, for one reason, the Ohio reporting system was regarded as so slow in operation that it was next to impossible to get timely access to its judicial opinions.

But the publication of the Ohio Law Abstract has altered the situation, for through the Laning System of publicity, each and every reported Ohio case is now broadcasted soon after its rendition, that important new cases can now be known of, inserted in new text books being produced in outside states, without the previous many months of waiting.

The authors also like the Laning system of reporting which so paraphrases and epitomizes each opinion that the worth of each as a precedent, can at once be determined.

This Supplement contains citations of 1926 Ohio cases, some of which otherwise than thorugh the Abstract would not have been available to the author for his work, till next year. Of course, we feel elated that the merits of this system have been so prominently recognized, as the favor of this author and his publishers, means that there will soon be a call for the Ohio Law Abstract, in other states, and thus its recognition will soon be statewide.

We also have assurances from other publishers, that they soon expect to cite the Abstract in their work. It thus appears that the founder of the Abstract is yet to be rewarded for his strenuous task of starting and maintaining it.

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Beach v. Meikle .............................. 20132
Miller v. Weiner .............................. 20127
Penna. Rd. Co. v. Deal ........................ 20131
State ex Dean v. Hall et....................... 20128
Wells v. State ................................ 20126

OCT. 13, 1926

20126—Taylor Wells v. State of Ohio; motion for Butler Appeals to certify. C. W. Elliott, Middletown, for pltf; P. P. Boli and H. S. Wormell, Hamilton, for deft.

OCT. 16, 1926

20127—Morrall E. Miller v. Dora Weiner; motion for Trumbull Appeals to certify. L. B. Griffith, Phelps & King, Warren, for plft; Gillmer, Gillmer, Stephens & Patchin, Warren, for deft.

20128—State of Ohio ex rel Ezra Dean v. Frank Hall, A. C. Sisler et, as the Board of Deputy State Supervisors of Elections of Lawrence county. In mandamus. J. O. Yates, Ironton, and T. S. Hogan, Columbus, for pltf; James Collier, Ironton, for defts.

OCT. 19, 1926

20131—Penna. Rd. Co. v. Charlie Deal; motion for Stark Appeals to certify. McCarthy, Armstrong, Burt & Kinnison, Canton, for pltf; Cope, Hart & Drukenbrod, Canton, for deft.

20132—Elsie H. Beach v. James L. Meikle; motion for Cuyahoga Appeals to certify. L. A. Tucker and G. A. Beach, Cleveland, for pltf; Cook, McGowan, Foote, Bushnell & Burgess, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### MOTION DOCKET

Benham v. Miller et .......................... 19974
Columbus Ry. P. & L. Co. v. Pub. Utl. Comm.... 19878
Eberfield v. Case et .......................... 19869
Mueller v. Edge Gas Co......................... 19901
New Amster. Cas. Co. v. Cambridge School Dist.
(Bd. of Ed.) ................................. 19909
Peoples Sav. Co. v. Harbaugh .................. 19871
Peoples Ry. Co. v. Spindler ................... 19894
Pilliod v. Searls ............................. 19897
Shriver et v. Stone et ........................ 19893
Stophlet et v. Stophlet, Extr................. 20104
State ex Hesson v.Indus. Comm................. 19749

PROCEEDINGS
OHIO SUPREME COURT
WEDNESDAY, SEPT. 13, 1926
MOTION DOCKET

19749—State of Ohio, ex rel. Clara Hesson v. The Industrial Commission of Ohio. Motion by relator to strike from files answer of defendant. Overruled. Dock. 4-5-26; 4 Abs. 239; OS. Pend. 4 Abs. 355.

19869—Alfred G. Eberfeld v. John G. Case et al. Motion for Franklin Appeals to certify. Overruled. Dock. 6-7-26; 4 Abs. 380; OS. Pend. 4 Abs. 523.

19871—Peoples Bldg. & Savings Co. of Xenia v. R. W. Harbaugh. Motion for Greene Appeals to certify. Overruled. Dock. 6-7-26; 4 Abs. 380; OS. Pend. 4 Abs. 487.

19878—Columbus Ry., Power & Light Co. v. Public Utilities Commission. Motion by M. M. Horch and Fred E. Davis to be made parties defendant. Allowed. Dock. 6-9-26; 4 Abs. 393; OS. 4 Abs. 18.